UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GONZALEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>FRESH MINT, LLC,<br><br>        Defendant. | Case No. 20-cv-07874-JST<br><br>**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court stayed this case on February 2, 2021. ECF No. 16. Because the litigation that prompted the Court's stay order has concluded, the stay is now lifted.

The Court sets a further case management conference on September 2, 2021 at 9:30 a.m. An updated joint case management statement is due on August 26, 2021.

**IT IS SO ORDERED.**

Dated: July 14, 2021



JON S. TIGAR
United States District Judge